UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Carole Albers

Case No.: 18-30397
Chapter: 7
Judge: KCF

### NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson, C.U.S.B.J. on January 15, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
320 Cedar Grove Road
Toms River, New Jersey
Sale pending at $235,000.00

Liens on property:
Dietech Financial, $292,130.00
SLS, $53,289.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-30397-KCF
Carole A. Albers                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Dec 12, 2018
                            Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2018.
db             +Carole A. Albers,   1089 Wake Forest Drive,   Toms River, NJ 08753-3047
517811019      +BarclayCard Rewards Mastercard,   PO Box 13337,   Philadelphia, PA 19101-3337
517811023       First Bankcard/AMAC,   PO Box 2557,   Omaha, NE 68103-2557
517811025      +Mercury Card Services,   PO Box 84064,   Columbus, GA 31908-4064
517811027      +Specialized Loan Servicing LLC,   8742 Lucent Blvd., Suite 300,
                 Highlands Ranch, CO 80129-2386
517811031       Wells Fargo VISA,   PO Box 77053,   Minneapolis, MN 55480-7753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2018 23:28:56      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2018 23:28:55      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517811020       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2018 23:31:13
                 Capital One Bank (USA) NA,   PO Box 6492,   Carol Stream, IL 60197-6492
517811021       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 12 2018 23:28:52      Comenity Bank/Avenue,
                 PO Box 659584,   San Antonio, TX 78265-9584
517811022       E-mail/Text: bankruptcy.bnc@ditech.com Dec 12 2018 23:28:47      Ditech Financial LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
517811024      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 12 2018 23:28:42      Kohl's Dept. Stores,
                 PO Box 2983,   Milwaukee, WI 53201-2983
517811026       E-mail/Text: bkr@cardworks.com Dec 12 2018 23:28:32      Merrick Bank,   PO Box 660702,
                 Dallas, TX 75266-0702
517811028       E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:30:59      Synchrony Bank,
                 ATTN: Bankruptcy Dept.,   PO Box 965060,   Orlando, FL 32896-5060
517811301      +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:30:45      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517811029       E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:30:45      Synchrony Bank/Care Credit,
                 PO Box 960061,   Orlando, FL 32896-0061
517811030       E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2018 23:31:14      Synchrony Bank/Lowe's,
                 PO Box 530914,   Atlanta, GA 30353-0914
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Patrick Moscatello    on behalf of Debtor Carole A. Albers moscatellolaw1@gmail.com,
               moscatellolaw2@gmail.com;moscatellolaw2@comcast.net
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6